# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Torgerson Properties, Inc. | **JUDGMENT IN A CIVIL CASE** |
| Plaintiff, | |
| v. | Case Number: 20-cv-02184-PAM-KMM |
| Continental Casualty Company | |
| Defendant. | |

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

The Motion to Dismiss (Docket No. 15) is **GRANTED** and the Amended Complaint (Docket No. 1-2) is **DISMISSED with prejudice**.

Date: 2/17/2021

KATE M. FOGARTY, CLERK