UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

| | |
|---|---|
| Torgerson Properties, Inc., | Court File No. 20-cv-2184 (PAM/KMM) |
| Plaintiff, | |
| v. | |
| Continental Casualty Company, | |
| Defendant. | |

_____

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Torgerson Properties, Inc. ("Plaintiff" or "TPI"), by and through its attorneys, appeals to the United States Court of Appeals for the Eight Circuit from the Memorandum and Order of the District Court granting Defendant Continental Casualty Company's Motion to Dismiss (Dkt. 26) entered on February 17, 2021 and the Judgment entered on that same date (Dkt. 27).

Dated:  March 19, 2021          Respectfully Submitted,

**BARNES & THORNBURG LLP**

By: */s/ Christopher L. Lynch*
Christopher L. Lynch (#0284154)
225 South Sixth Street, Suite 2800
Minneapolis, Minnesota 55402
Tel: (612) 333-2111
Fax: (612) 333-6798
christopher.lynch@btlaw.com

1

**AND**

**JASZCZUK P.C.**
Daniel I. Schlessinger (admitted pro hac vice)
Tamra J. Miller (admitted pro hac vice)
30 South Wacker Drive, Suite 2200
Chicago, Illinois 60606
Tel: (312) 442-0509
dschlessinger@jaszczuk.com
tmiller@jaszczuk.com

and

*Attorneys for Plaintiff Torgerson Properties, Inc.*